AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Roberto Ifill
1654 University Blvd.
Silver Spring, MD 20902

**SUMMONS IN A CIVIL CASE**

V.

John E. Potter, Postmaster General
United States Postal Service
Capital Metro Area Law Office
400 Virginia Ave. S.W., Suite 650
Washington, D.C. 20024-2730

CASE NUMBER: 05-2320 (RWR)

TO: (Name and address of Defendant)

U.S. Attorney
555 4th St. N.W.
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Francis Koh
Old Georgetown Law, LLC.
11406 Old Georgetown Road
N. Bethesda, MD 20852
301-881-3600

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                         DEC 13 2005

CLERK                                           DATE

*Jackie Francis*

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/23/05 |
| NAME OF SERVER (PRINT) Mark Dildine | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Winnie Haight

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/23/05
Date
2:45 PM

Signature of Server

6301 Owen Pl. Bethesda, MD 20817
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Roberto Ifill
1654 University Blvd.
Silver Spring, MD 20902

**SUMMONS IN A CIVIL CASE**

V.

John E. Potter, Postmaster General
United States Postal Service
Capital Metro Area Law Office
400 Virginia Ave. S.W., Suite 650
Washington, D.C. 20024-2730

CASE NUMBER: 05-2320 (RWR)

TO: (Name and address of Defendant)

U.S. Attorney General
D.O.J.
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Francis Koh
Old Georgetown Law, LLC.
11406 Old Georgetown Road
N. Bethesda, MD 20852
301-881-3600

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          DEC 13 2005

CLERK                            DATE

*(signature)*
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/23/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Mark Dildine | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Raymond McDowell  /s/ R. McDowell

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/23/05    /s/ Mark Dildine
              3:10 PM   Date    Signature of Server

6301 Owen Pl. Bethesda, MD 20817
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Roberto Ifill
1654 University Blvd.
Silver Spring, MD 20902

**SUMMONS IN A CIVIL CASE**

V.

John E. Potter, Postmaster General,
United States Postal Service
Capital Metro Area Law Office
400 Virginia Ave. S.W., Suite 650
Washington, D.C. 20024-2730

CASE NUMBER   1:05CV02320

JUDGE: Richard W. Roberts

DECK TYPE: Employment Discrimination

DATE STAMP: 12/02/2005

TO: (Name and address of Defendant)

John E. Potter, Postmaster General,
United States Postal Service
Capital Metro Area Law Office
400 Virginia Ave. S.W., Suite 650
Washington, D.C. 20024-2730

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Francis Koh
Old Georgetown Law, LLC.
11406 Old Georgetown Road
N. Bethesda, MD 20852
(301)881-3600

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

DEC 0 2 2005

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]  
DATE: 12/28/05

NAME OF SERVER (PRINT): Mark Dildine  
TITLE:

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Maria C. Montalvo

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/28/05  /s/ _____  
              Date        Signature of Server  
1:00 PM

6301 Owen Pl. Bethesda, MD 20817  
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.