**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROBERTO IFILL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil Action No. 05-2320 (RWR)** |
| | ) |
| **JOHN E. POTTER,** | ) |
| **Postmaster General,** | ) |
| | ) |
| **Defendant.** | ) |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME**
**WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Defendant respectfully moves this Court for an enlargement of time, through and including

March 20, 2006, within which to answer, move, or otherwise respond to the Complaint in this

matter.  Good cause exists to grant this motion:

1.   The United States Attorney's Office was served with a copy of the Complaint on

December 27, 2005.  Consequently, defendant's answer, motion or other response is currently due

on February 27, 2006.

2.   Defendant needs additional time to respond to the Complaint.  Defendant's counsel's

schedule has been unusually heavily tasked with trial preparation in anticipation of a seven day jury

trial in Davis v. Gonzalez, 01-0331 (RBW), scheduled to begin on March 6, 2006.

3.   Defendant therefore requests an enlargement of time within which to answer, move or

otherwise respond to the Complaint, through and including March 20, 2006.

4.   Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any

-1-

other in-court matters.

     5.  This is the first enlargement of time sought in this matter by defendant.

     6.  Pursuant to Local Rule 7.1(m), counsel for defendant has consulted with counsel for plaintiff.  Counsel for plaintiff has graciously given consent to the relief requested.

     For these reasons, defendant requests that the Court grant his Consent Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney


_____
PETER D. BLUMBERG, D.C. Bar # 463247
Assistant United States Attorney
United States Attorneys Office
Judiciary Center Building
555 4th Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 514-7157

Dated: February 24, 2006