UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERTO IFILL,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | ) Civil Action No. 05-2320 (RWR) |
| | ) |
| **JOHN E. POTTER,** | ) |
| **Postmaster General,** | ) |
| | ) |
|     **Defendant.** | ) |

## ORDER

Upon consideration of Defendant's Motion for Extension of Time to Answer, Move or Otherwise Respond to Complaint, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED, and it is further

ORDERED that defendant shall have until March 20, 2006 within which to answer, move, or otherwise respond to the Complaint.

SO ORDERED.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE