UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT IFILL,

    Plaintiff,

v.                                                            Civil Action No. 1:05CV0320

JOHN E. POTTER,
POSTMASTER GENERAL,
UNITED STATES POSTAL SERVICE

    Defendant.

## DECLARATION OF FRANCES SANDOVAL

I, Frances Sandoval, declare under penalty of perjury that based on my personal knowledge, the following facts are true and correct.

1. I am employed by the United States Postal Service as the Manager, Personnel Services at the Merrifield Processing and Distribution Center ("Plant"), which is located in Merrifield, Virginia. In that capacity, I am responsible for maintaining personnel records of persons employed at a postal facility within the Northern Virginia District.

2. Plaintiff has been employed in the Merrifield Processing and Distribution Center since __2/18/84__. All of his personnel records are maintained in Virginia.

I declare under penalty of law that based on my personal knowledge the foregoing is true and correct.

Dated: 3-13-2006
Merrifield, Virginia

[signature: Frances Sandoval]