UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERTO IFILL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 05-2320 (RWR) |
| | ) |
| **JOHN E. POTTER,** | ) |
| **Postmaster General,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

This matter comes before the Court on Defendant's Consolidated Motion to Dismiss or to Transfer. Upon consideration of Defendant's Motion, the opposition thereto, the relevant law and the entire record herein, it is this ___ day of _____, 2006 hereby

ORDERED that defendant's Motion is GRANTED, and it is further

ORDERED that plaintiff's Complaint is dismissed.

_____
RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE