IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| ROBERTO IFILL,<br>1654 University Blvd W<br>Silver Spring, MD. 20902-3649<br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN E. POTTER,<br>POSTMASTER GENERAL,<br>UNITED STATES POSTAL SERVICE<br>Capital Metro Area Law Office<br>400 Virginia Avenue, SW, Suite 650<br>Washington, DC 20024-2730<br><br>　　　　　　　　Defendant, | Civil Case No. 05-2320 (RWR) |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S CONSOLIDATED MOTION TO DISMISS AND REQUEST FOR TRANSFER OF VENUE

　　Plaintiff, Roberto Ifill ("Ifill"), by and through the undersigned counsel, submits the following Plaintiff's Opposition to Defendant's Consolidated Motion to Dismiss and Request for Transfer of Venue and states the following in support:

　　Plaintiff requests venue in the U.S. District Court for the District of Columbia, but admits that the Eastern District of Virginia where the alleged acts violative of Title VII occurred would be another possible venue. Plaintiff disagrees that dismissal would be appropriate, as transfer would be in the best interest of judicial economy and efficiency, saving time from refilling and having to serve process on Defendant again.

　　**WHEREFORE**, Plaintiff requests transfer of venue to the Eastern District of Virginia, preferably in Alexandria, Virginia.

Dated: March 31, 2006      By:     _____/s/_____

Francis H. Koh (DC Bar #486602)

Old Georgetown Law, LLC.
11406 Old Georgetown Rd.
N. Bethesda, MD 20852
(301) 881-3600

Counsel for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA
## CIVIL DIVISION

|  |  |
|---|---|
| ROBERTO IFILL,<br>1654 University Blvd W<br>Silver Spring, MD.20902-3649<br>      Plaintiff,<br><br> v.<br><br>JOHN E. POTTER,<br>POSTMASTER GENERAL,<br>UNITED STATES POSTAL SERVICE<br>Capital Metro Area Law Office<br>400 Virginia Avenue, SW, Suite 650<br>Washington, DC 20024-2730<br><br>      Defendant, | )<br>)<br>) Civil Case No.  05-2320 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

Upon consideration of the Defendant's Motion to Dismiss or Transfer, and Plaintiff's Opposition, and any Reply thereto, it is this ___ day April, 2006, it is hereby:

**ORDERED**, that the case shall remain in the U.S. District Court, District of Columbia;

**ORDERED**, that the case shall be transferred to the U.S. District Court, Eastern District of

 Virginia in Alexandria; and it is further

**ORDERED**, that the Defendant's Motion to Dismiss is DENIED.


                 _____
                 Judge, U.S. District Court
                 For the District of Columbia